UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

**U.S.A. vs. Tige Simuel**                                                   **Docket No. 7:05-CR-116-3H**

**Petition for Action on Supervised Release**

COMES NOW Michael C. Brittain, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Tige Simuel, who, upon an earlier plea of guilty to Conspiracy To Possess With Intent To Distribute and Distribution of More Than 5 Grams of Cocaine Base (Crack) and Possession of Ammunition by a Felon, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge on October 11, 2006, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Tige Simuel was released from custody on October 23, 2014, at which time the term of supervised release commenced.

On March 10, 2015, he was returned to court on a Motion for Revocation. The court determined that he violated the terms and conditions of the judgment by using a controlled substance. The court denied the Motion for Revocation and he was ordered to apply for admission to the HOPE Court Program and was continued on supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Simuel was interviewed and accepted into the HOPE Court Program and is scheduled to begin the program on March 19, 2015. As such, additional conditions of supervision are required for his participation. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

Tige Simuel
Docket No. 7:05-CR-116-3H
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

,

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer
310 New Bern Avenue Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8674
Executed On: March 17, 2015

## ORDER OF THE COURT

Considered and ordered this __18th__ day of __March__, 2015 and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge